In re PERRIN. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) In the matter of the application of Frances H. Perrin for the appointment of commissioners to assess damages against the City

of Rochester, due to change of grade of East Avenue. No opinion. Award of commissioners confirmed, with costs. See, also, 149 N. Y. Supp. 1106.